**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE FULTON, individually, and on behalf of other members of the general public similarly situated;<br><br>       Plaintiff,<br><br>  vs.<br><br>FIRST TRANSIT SERVICES, INC., an unknown business entity; FIRST TRANSIT, INC., an unknown business entity; FIRST GROUP AMERICA, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>     Defendants. | Case No.: 5:22−cv−00537−SVW−PD<br><br>Honorable Stephen V. Wilson<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)**<br><br>*[Filed concurrently with Joint Stipulation of Dismissal, and Declaration of Margaux Gundzik]*<br><br>Complaint Filed: December 28, 2021<br>Jury Trial Date:  None Set |

[PROPOSED] ORDER)

**~~PROPOSED~~ ORDER**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss Plaintiff's individual claims with prejudice and her class claims without prejudice. All other existing dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED**

DATED:  July 8, 2022

By: _____
Hon. Stephen V. Wilson
United States District Judge